IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA (Pittsburgh)

| | |
|---|---|
| PPG INDUSTRIES, INC., | : |
| | : |
| Plaintiff, | : Civil Action No. 2:06-cv-01039-GLL |
| | : |
| -vs- | : The Honorable Gary L. Lancaster |
| | : |
| HT TROPLAST A.G., | : |
| | : Electronically Filed |
| Defendant | |

### DEFENDANT'S WITHDRAWAL OF MOTION TO DISMISS

Defendant, HT Troplast A.G., by its undersigned attorneys, hereby withdraws its previously filed Motion to Dismiss.

SO ORDERED, this 1st day of November, 2006.

_____
Gary L. Lancaster,
United States District Judge

ZIMMER KUNZ
Professional Limited Liability Company

By: __/s/Meghan F. Wise__
MEGHAN F. WISE, ESQUIRE
Pa I.D. #38578
wise@zklaw.com
3300 U.S. Steel Tower
600 Grant Street
Pittsburgh, PA 15219
(412) 281-8000
(412) 281-1765 (Fax)

610169
3405.0001