IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PPG INDUSTRIES, INC., | ) |
| | ) Civil Action No. 06-1039 |
| Plaintiff | ) |
| | ) Lancaster, D.J. |
| v. | ) |
| | ) |
| HT TROPLAST AG, | ) |
| | ) |
| Defendant | ) |
| | ) **ELECTRONICALLY FILED** |

ORDER OF COURT

AND NOW this 12th day of July, 2007, upon consideration of plaintiff's Motion for leave to file Settlement Agreement under seal, it is hereby ORDERED that said Motion is GRANTED, and plaintiff is directed to file the Settlement Agreement under seal.

IT IS FURTHER ORDERED that defendant's response to plaintiff's Motion to Enforce Settlement Agreement [doc. #30] shall be due on or before July 19, 2007.

_____
United States District Judge