IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PPG INDUSTRIES, INC., | ) |
| | ) Civil Action No. 06-1039 |
| Plaintiff | ) |
| | ) Lancaster, D.J. |
| v. | ) |
| | ) |
| HT TROPLAST AG, | ) |
| | ) |
| Defendant | ) |
| | ) **ELECTRONICALLY FILED** |

## STIPULATION FOR DISMISSAL WITH PREJUDICE

The parties having reached an agreement to settle the claims upon which the above-captioned action is based, they hereby stipulate and agree that this action, including all claims and counterclaims, should be dismissed with prejudice.

MEYER, UNKOVIC & SCOTT LLP                ZIMMER, KUNZ PLLC

By _____                By _____
Russell J. Ober, Jr.                      Meghan F. Wise
1300 Oliver Building                      3300 US Steel Tower
Pittsburgh, PA 15222                      Pittsburgh, PA 15219

Attorneys for Plaintiff PPG Industries, Inc.   Attorneys for Defendant HT Troplast AG

## ORDER OF COURT

AND NOW this 18* day of July, 2007, it is SO ORDERED.

_____
United States District Judge